**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03068-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

JACOB R. GASIOROWSKI,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Jacob R. Gasiorowski, currently resides in Golden, Colorado.  Mr. Gasiorowski has submitted a Complaint that challenges the denial of his request for Social Security Disability benefits.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Gasiorowski will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Gasiorowski files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  __  is not submitted
(2)  __  is not on proper form (must use the Court's current form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  _X_  other: <u>Does not include all requested information, including, real and personal information, employment, and financial obligations</u>

**Complaint or Petition**:
(9)  ___   is not submitted
(10) ___   is not on proper form (must use the court's current form)
(11) ___   is missing an original signature by the Plaintiff
(12) ___   is incomplete
(13) ___   uses et al. instead of listing all parties in caption
(14) ___   names in caption do not match names in text
(15) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  X    other: Does not include information regarding exhaustion of administrative remedies

Accordingly, it is

ORDERED that Mr. Gasiorowski cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Gasiorowski files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Gasiorowski shall obtain the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Gasiorowski fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 28, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2