IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03068-BNB

JACOB R. GASIOROWSKI

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Jacob R. Gasiorowski, currently resides in Golden, Colorado. Plaintiff, acting *pro se*, initiated this action by submitting to the Court a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff is challenging a denial of Social Security benefits under 42 U.S.C. §§ 405(g) and 138(c)(3).

    On November 28, 2012, Magistrate Judge Boyd N. Boland instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to submit a new § 1915 motion that states all requested information, including real and personal property owned, employment status, and financial obligations. Plaintiff also was directed to include additional information in his Complaint regarding the exhaustion of administrative remedies. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Although Plaintiff submitted a new § 1915 motion and affidavit, he failed to

include the required information. He did not state his current employment status, if he has cash in the bank where he has an account; and what monthly financial obligations he has. Plaintiff also did not amend the Complaint to include information regarding the exhaustion of his administrative remedies. As a result, Plaintiff has failed to cure the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that all pending motions are denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   3rd   day of    January   , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court