IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03068-BNB

JACOB GASIOROWSKI,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

    Plaintiff, acting *pro se*, initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  On November 28, 2012, the Court instructed Plaintiff to submit a new Motion and Affidavit that includes all the requested information and to provide information regarding the exhaustion of administrative remedies.  On December 28, 2012, counsel entered an appearance on Plaintiff's behalf.  Also, on December 28, Plaintiff filed a properly completed Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a copy of the Social Security Administrative Law Judge's decision that includes information regarding the exhaustion of administrative remedies.

    The § 1915 motion and affidavit indicate that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 7, is granted.  It is

FURTHER ORDERED that the Court review the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the Complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

DATED January 15, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge