IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03068-AP

Jacob R. Gasiorowski,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Richard C. Losh, Jr.
1525 Josephine Street
Denver, CO 80206
303-320-6821
303-320-6823 (facsimile)
rcantonlosh@msn.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed: November 21, 2012**

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office: November 23, 2012**

    **C.**     **Date Answer and Administrative Record Were Filed: January 22, 2013**

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that he plans to submit a supplemental report from neuropsychologist Jacob Pomerantz, Ph.D., as an attachment to his opening brief.  Dr. Pomerantz' neuropsychological evaluation, dated 11/16/2009, is included in the administrative record at Exhibit 9F, pp. 422-429, and discussed by the administrative law judge in pages 10-11 of the hearing decision.

Defendant states that he reserves the right to dispute the additional evidence in his response brief.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due: March 25, 2013**
    **B.**     **Defendant's Response Brief Due: April 24, 2013**
    **C.**     **Plaintiff's Reply Brief (If Any) Due: May 9, 2013**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff requests oral argument.  Plaintiff requests oral argument in order to assist the judge in giving appropriate attention to the most important facts and specific issues as well as resolving any ambiguities in the case.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*<u>Indicate below the parties' consent choice</u>.*

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 14th day of February, 2013.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ *Richard C. Losh, Jr.*
1525 Josephine Street
Denver, CO 80206
303-320-6821
303-320-6823 (facsimile)
rcatonlosh@msn.com

Attorney for Plaintiff

**By:** s/*Alexess Rea*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

Attorneys for Defendant